IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *EVANSTON INSURANCE COMPANY,* )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>*THE ARCHDIOCESE OF ST. LOUIS,* )<br>*MISSOURI, by and through RAYMOND L.* )<br>*BURKE, Archbishop of St. Louis,* )<br>)<br>Defendants. ) | Cause No. 4:04-cv-00626 ERW |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Evanston Insurance Company and Defendant Archdiocese of St. Louis, all things and matters in controversy, having been fully and finally settled, do hereby stipulate and agree that Plaintiff's and Defendant's claims, counter-claims, and causes of action as to and against each other be and hereby are dismissed with prejudice, with each party to bear its own court costs and attorneys' fees.

KOHN, SHANDS, ELBERT,  
GIANOULAKIS & GILJUM, LLP

By:  /s/Robert F. Murray  
     John Gianoulakis, #3207  
     Robert F. Murray, #36547  
     Thomas A. Durphy. #109908  
     One US Bank Plaza, Suite 2410  
     St. Louis, MO  63101  
     314-241-3963  
     314-241-2509 (Fax)  
     jgianoulakis@ksegg.com  
     rmurray@ksegg.com  
     tdurphy@ksegg.com

Attorneys for Defendant  
Archdiocese of St. Louis

SANDBERG, PHOENIX &  
von GONTARD, P.C.

By:  /s/Anthony L. Martin  
     Anthony L. Martin, #3750  
     Julia C. Walker, #506308  
     One City Centre, 15th Floor  
     St. Louis, MO 63101-1880  
     314-231-3332  
     314-241-7604 (Fax)  
     amartin@spvg.com  
     jwalker@spvg.com

Attorneys for Plaintiff  
Evanston Insurance Company