IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *EVANSTON INSURANCE COMPANY,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 4:04-cv-00626 ERW |
| *THE ARCHDIOCESE OF ST. LOUIS,* ) | |
| *MISSOURI, by and through RAYMOND L.* ) | |
| *BURKE, Archbishop of St. Louis,* ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal and the Court having been fully advised in the premises, the Court hereby Orders:

1. Plaintiff's Complaint filed herein is DISMISSED in its entirety with prejudice as to Defendant Archdiocese of St. Louis.

2. Defendant's counterclaim is DISMISSED in its entirety with prejudice as to Plaintiff Evanston Insurance Company.

3. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED:

DATED: *December 2, 2005*

*E. Richard Webber* (signature)
E. Richard Webber
United States District Judge

::ODMA\PCDOCS\SPVGDOCS\1176572\1A